**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § Plaintiff, § § v. § § MITSUBISHI ELECTRIC CORPORATION § AND MITSUBISHI ELECTRIC POWER § PRODUCTS, INC. § § Defendants. § § | Case No. 2:18-cv-00105-JRG **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ultravision Technologies, LLC, by and through its undersigned counsel, hereby dismisses this action as to Defendant Mitsubishi Electric Power Products, Inc. ("Defendant") voluntarily and without prejudice by filing this Notice of Dismissal with the Clerk of the Court before service by Defendant of an answer or a motion for summary judgment.

Dated: June 4, 2018                                          Respectfully submitted,

                                                                                      **BROWN RUDNICK LLP**

                                                                                      */s/ Alfred R. Fabricant*

                                                                                      Alfred R. Fabricant
                                                                                      NY Bar No. 2219392
                                                                                      Email: afabricant@brownrudnick.com
                                                                                      Peter Lambrianakos
                                                                                      NY Bar No. 2894392
                                                                                      Email: plambrianakos@brownrudnick.com
                                                                                      Vincent J. Rubino, III

NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@brownrudnick.com
Alessandra C. Messing
NY Bar No. 5040019
Email: amessing@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:(212) 209-4800
Facsimile: (212) 209-4801

Samuel F. Baxter
Texas State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone:(903) 923-9000
Facsimile: (903) 923-9099

*ATTORNEYS FOR PLAINTIFF*
*ULTRAVISION TECHNOLOGIES, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 4, 2018.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant