**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:18-cv-00105-JRG-RSP (LEAD CASE) |
| v. | § § | **JURY TRIAL DEMANDED** |
| | § § | |
| MITSUBISHI ELECTRIC CORPORATION ET AL., | § § § | |
| Defendants. | § § § | |

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § | Case No. 2:18-cv-00109-JRG-RSP |
| Plaintiff, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| | § § | |
| RMG NETWORKS HOLDING CORPORATION, | § § § | |
| Defendant. | § § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff

Ultravision Technologies, LLC, by and through its undersigned counsel, hereby dismisses this

action as to Defendant RMG Networks Holding Corporation voluntarily and without prejudice

by filing this Notice of Dismissal with the Clerk of the Court before service by Defendant of an

answer or a motion for summary judgment.

Dated: August 23, 2018

Respectfully submitted,

**BROWN RUDNICK LLP**

*/s/ Alfred R. Fabricant*

Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@brownrudnick.com
Alessandra C. Messing
NY Bar No. 5040019
Email: amessing@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:(212) 209-4800
Facsimile: (212) 209-4801

Samuel F. Baxter
Texas State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone:(903) 923-9000
Facsimile: (903) 923-9099

*ATTORNEYS FOR PLAINTIFF*
*ULTRAVISION TECHNOLOGIES, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 23, 2018.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant