**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:18-CV-00105-JRG-RSP |
| MITSUBISHI ELECTRIC CORPORATION and MITSUBISHI ELECTRIC POWER PRODUCTS, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER

In light of Plaintiff Ultravision Technologies, LLC's Notice of Voluntary Dismissal [Dkt. # 14], Defendant Mitsubishi Electric Power Products, Inc has been dismissed without prejudice. All Defendants having now been dismissed, the Court **ORDERS** the District Clerk to close the case.

**SIGNED this 7th day of September, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE